In the Matter of the Judicial Settlement of the Accounts of MARY ROWE, as Administratrix of the Estate of WILLIAM ROWE, Deceased.

MARY L. LOTT et al., Appellants; BRIDGET LANGRICK et al., Respondents.

(Submitted January 9, 1922; decided January 17, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.     (See 232 N. Y. 554.)

---

MICHAEL WOICIANOWICZ, Appellant, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Respondent.

(Submitted January 9, 1922; decided January 17, 1922.)

Motion to amend remittitur denied, with ten dollars costs.   (See 232 N. Y. 256.)